UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CYNTHIA NWAKOBI,

                                 Plaintiff,

v.

MAXIMUS, INC. and KELLY QUAY, in her Individual capacity,

                                 Defendants.

Case No.: 23-cv-00735(BKS)(CFH)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

    IT IS HERBEY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above captioned action, that whereas no party hereto is an infant or incompetent, the above-captioned action be, and the same hereby is, dismissed in its entirety with prejudice, without costs, attorneys' fees, expenses or disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| **DATED:** December 16, 2024 | **DATED:** December 16, 2024 |
| *DEFENDANTS*<br>*MAXIMUS, INC., and KELLY QUAY* | *PLAINTIFF*<br>*CYNTHIA NWAKOBI* |
| By: */s/ Kristi Rich Winters*<br>Kristi Rich Winters<br>JACKSON LEWIS P.C.<br>677 Broadway, 9th Floor<br>Albany, NY 12207<br>T: 518-512-8700<br>kristi.winters@jacksonlewis.com | By: */s/ Russell G. Wheeler*<br>Russell G. Wheeler, Esq.<br>CHARNY & WHEELER, P.C.<br>42 West Market Street<br>Rhinebeck, New York 12572<br>T: 845-876-7500<br>rwheeler@charnywheeler.com |

IT IS SO ORDERED:

*/s/ Brenda K. Sannes*
Brenda K. Sannes
Chief U.S. District Judge

Dated: December 16, 2024
       Syracuse, NY